
PROB 12B
ED/AR (8/2002)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 08 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lucas Carroll                     Case Number: 4:04CR00100-001 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                        United States District Judge

Offense:            Aiding and abetting in bank fraud

Date of Sentence:   February 25, 2005

Sentence:           1 day Bureau of Prisons (time served), 3 years supervised release, financial disclosure, 100 hours community service, $23,849.35 restitution, and $100 special penalty assessment

Type of Supervision:  Supervised Release        Date Supervision Commenced: February 25, 2005
                                                Expiration Date: February 24, 2008

Asst. U.S. Attorney: Karen Coleman               Defense Attorney: Leslie Ablondi

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant will reside at and participate in a community correctional center for a period up to 180 days as directed by the U.S. Probation Office

### CAUSE

Since being on supervised release Mr. Carroll has not made any payments toward his restitution nor has he completed any hours toward his community service. Both Mr. Carroll and his attorney, Les Ablondi, have agreed to the modification.

_____                         _____
Dwayne M. Ricks                                   Karen Coleman
U.S. Probation Officer                            Assistant U.S. Attorney

Date: 2/27/06                                     Date: 3/3/06

Prob 12B

Case 4:04-cr-00100-JMM  Document 83  Filed 03/08/06  Page 2 of 3
-2-

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Lucas Carroll                                4:04CR00100-001 JMM

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*James M Moody*
Signature of Judicial Officer

3/8/06
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

*Alan Schornel*
Supervising U.S. Probation Officer

dmr

c: Defense Attorney, Leslie Ablondi, 10310 West Markham, Suite 210, Little Rock, AR 72205
   Assistant U.S. Attorney, Karen Coleman, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will reside at and participate in a community correctional center for a period up to 180 days as directed by the U.S. Probation Office

Witness: _____      Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee

2-15-06
DATE